The City of Columbus v. Taylor et al.

---

## The City of Crawfordsville v. Straight et al.

From the Montgomery Circuit Court.

*W. P. Britton* and *M. W. Bruner*, for appellant.

BIDDLE, C. J.—This case involves the same controversy, and stands upon the same ground, as the case of *The City of Crawfordsville* v. *Brundage*, 57 Ind. 262; and, upon the authority of that case and the cases therein cited, the judgment in this case is reversed, and the cause remanded for further proceedings.

---

## The City of Columbus v. Taylor et al.

From the Johnson Circuit Court.

*N. T. Carr*, for appellant.

*C. Byfield* and *D. W. Howe*, for appellees.

BIDDLE, C. J.—In this case, founded on a check made by the appellant, and protested in the hands of the payee, a judgment was rendered on the 18th day of May, 1875, for $1,016.60. The transcript was filed in this court November 2d, 1876. On the 6th day of June, 1877, the appeal was dismissed for the want of a brief. The transcript and papers were then, by leave of this court, withdrawn, and on the 20th day of October, 1877, refiled, the cause submitted and the appellant's brief filed; but the brief presents no question and points out no error, and we can find none.

The judgment is affirmed, with costs and ten per cent. damages.